**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-00594-RBJ

JARNAIL SINGH,

     Petitioner,

v.

MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security;
TODD BLANCHE, Acting Attorney General. U.S. Department of Justice,
TODD LYONS, Acting Director of Immigration and Customs Enforcement, and
JUAN BALTAZAR, Warden of the Denver Contract Detention Facility, Aurora, CO, in
their official capacities,

     Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and
pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Orders of Senior United States District Judge R. Brooke Jackson
entered on April 9, 2026, [ECF No. 11] and June 30, 2026 [ECF No. 18], it is

ORDERED that the Petition for Writ of Habeas Corpus [ECF No. 1] is
GRANTED. It is

FURTHER ORDERED that Petitioner's Motion to Enforce [ECF No. 12] is
DENIED. It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 30th day of June 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: _____

H. Guerra, Deputy Clerk